THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CARL P. SPENCER, Appellant.

Submitted April 4, 1949; decided April 14, 1949.

*Frank S. Hogan,* District Attorney (*Whitman Knapp* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.